```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 04188
  TRACI SANDERS
                                                CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

        Debtor
   SSN XXX-XX-1660


-------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 03/09/07 and confirmed on 05/10/07.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $   8774.00 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| WASHINGTON MUTUAL BANK | MORTGAGE ARRE | 1741.51 | .00 | 1741.51 |
| JOHN ROTONDO | SECURED | .00 | .00 | .00 |
| AARONS SALES & LEASE | UNSECURED | NOT FILED | .00 | .00 |
| CALVARY PORTFOLIO SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| CBE GROUP | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF ELGIN | UNSECURED | 534.05 | .00 | 534.05 |
| CREDITOR PROTECTION ASSO | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT SYSTEMS INT INC | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT SYSTEMS INT INC | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| ERIC BACHELET | UNSECURED | NOT FILED | .00 | .00 |
| FIRST CONSUMERS MASTER T | UNSECURED | 618.06 | .00 | 618.06 |
| NATIONAL CAPITAL MANAGEM | UNSECURED | 325.38 | .00 | 325.38 |
| HOME DEPOT | UNSECURED | NOT FILED | .00 | .00 |
| MANUEL MORRELL | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 1542.29 | .00 | 1542.29 |
| PAYDAY LOAN | UNSECURED | 1331.38 | .00 | 1331.38 |
| SALLIE MAE GUARANTEE SER | UNSECURED | .00 | .00 | .00 |
| WASHINGTON MUTUAL BANK | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

         Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | 1741.51 | .00 | 4351.16 | .00 | 6092.67 |
| PRINCIPAL PAID | 1741.51 | .00 | 4351.16 | .00 | 6092.67 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |

```
TOTAL PAID                 1741.51           .00       4351.16           .00      6092.67
```

The Debtor's attorney, FOX VALLEY LEGAL GROUP            , was allowed $   2500.00
and was paid $    500.00  direct and $   2000.00  through the plan.

The Trustee received $    387.76 .

Refunds to the Debtor totaled $    293.57 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 03/11/09                    /S/
                                        GLENN STEARNS
                                      CHAPTER 13 TRUSTEE